UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-160-D-RN

FILED IN OPEN COURT
ON 08/19/26 CM
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **INDICTMENT** |
| | ) | |
| AARON GARY ST CLAIR | ) | |
| | ) | |

The Grand Jury charges that:

**COUNT ONE**

On or about October 5, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, AARON GARY ST CLAIR, knowingly distributed any visual depiction, that is, digital and computer images in files, using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

**COUNT TWO**

On or about October 5, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, AARON GARY ST CLAIR, knowingly distributed any visual depiction, that is, digital and computer images in files, using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means,

including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT THREE

On or about October 5, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, AARON GARY ST CLAIR, knowingly received any visual depiction, that is, digital and computer images in files, using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT FOUR

On or about October 5, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, AARON GARY ST CLAIR, knowingly distributed any visual depiction, that is, digital and computer images in files, using any means and facility of interstate and foreign commerce and that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT FIVE

On or about September 8, 2025, in the Eastern District of North Carolina and elsewhere, the defendant, AARON GARY ST CLAIR, did use a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce, any individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely Production of Child Pornography, which was a criminal offense under Title 18, United States Code, Section 2251(a), all in violation of Title 18, United States Code, Section 2422(b).

## COUNT SIX

On or about September 8, 2025, in the Eastern District of North Carolina, the defendant, AARON GARY ST CLAIR, did, by means of interstate commerce, knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing that the other individual had not attained the age of 16 years, all in violation of Title 18, United States Code, Section 1470.

## COUNT SEVEN

On or about October 9, 2025, in the Eastern District of North Carolina, the defendant, AARON GARY ST CLAIR, knowingly possessed one or more matters, that is, computer hard drives and digital media, which contained any visual depiction that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and which was produced using materials which have been so mailed, shipped, and transported, the production of such visual

depiction involved the use of a minor, including a prepubescent minor and minor who had not attained 12 years of age, engaging in sexually explicit conduct, and such visual depiction was of such conduct, all in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FORFEITURE NOTICE**

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any criminal violation of Chapter 109A or Sections 2251, 2251A, 2252, 2252A, 2252B or 2260 of Title 18, United States Code, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

(1) any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in the said violation(s);

(2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the said offense(s); and

(3) any property, real or personal, used or intended to be used, in any manner or part, to commit or to promote the commission of said offense(s) or any property traceable to such property.

The forfeitable property includes, but is not limited to, the following:

Personal Property:

a) One Apple iPhone 12 Pro Max, bearing serial number HH6NC0KW0D42, and IMEI 353247434235016, seized on or about October 9, 2025, from AARON GARY ST CLAIR;

b) One Silver MacBook Pro, bearing serial number C02F16JGMD6R seized on or about October 9, 2025, from AARON GARY ST CLAIR;

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 8/18/26

W. ELLIS BOYLE
United States Attorney

BY: KAREN K. HAUGHTON
Assistant United States Attorney